UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.D. INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF S.D., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.:  1:23-cv-1319-SEB-TAB |
| BARTHOLOMEW CONSOLIDATED SCHOOL CORP., | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER ON DISMISSAL**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear that party's own costs and attorneys' fees.

Date: ___4/11/2025___

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF